UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN XAVIER GEORGE ANAYA,
Plaintiff,

v.

COUNTY OF NAPA, et al.,
Defendants.

Case No. 26-cv-07988-TSH

**ORDER RE: MOTIONS TO DISMISS**

Re: Dkt. Nos. 7, 10

Plaintiff John Xavier George Anaya, proceeding *pro se*, filed this action against Defendants County of Napa, Christine Briseno, Susan B. Altman, Sheryl L. Bratton, Alfredo Larranaga, Rebecca Craig, Alexysus Vosmeier, Veronica Piper Jefferson, Jennifer Yasamoto, Amy Medina, Alejandro Quiroz, and Robert Fleshman. ECF No. 1. Pending before the Court are two Motions to Dismiss, one from Fleshman (ECF No. 7) and one from the other Defendants (ECF No. 10).[1] Both Motions were filed on August 31, 2026.

On September 14, 2026, Anaya filed an Opposition to the Motions to Dismiss and "Alternative Request For Leave To File Proposed First Amended Complaint." ECF No. 13. Anaya attaches a "complete proposed First Amended Complaint" to this filing. *See* ECF No. 13-1. The Federal Rules of Civil Procedure state:

> A party may amend its pleading once as a matter of course no later than:
>
> (A) 21 days after serving it, or
>
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). ECF Nos. 4, 8, 12.

> days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Fed. R. Civ. P. 15(a)(1). The Court thus construes Anaya's filing at ECF No. 13-1 as the First Amended Complaint ("FAC").

Accordingly, the Court **DENIES WITHOUT PREJUDICE** the Motions to Dismiss at ECF Nos. 7 and 10.[2] Defendants shall file a response to the FAC within fourteen days of this order.

**RESOURCES**

Anaya may wish to seek assistance from the Legal Help Center, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Anaya may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: September 25, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[2] On September 25, 2026, Anaya filed an Administrative Motion to Seal and a Motion to Appear by Telephone at the hearing. ECF No. 16. The Court finds that good cause exists to seal the Motion to Appear by Telephone and **GRANTS** Anaya's Motion to Seal the Motion to Appear by Telephone (ECF No. 16). The Court **DENIES** as moot the Motion to Appear by Telephone.